JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HENRY JAVIER CASTRO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>Respondents. | CASE NO. 5:26-cv-02693-SK<br><br>**JUDGMENT** |

In accordance with the Order Granting Habeas Petition In Part, IT IS ADJUDGED the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in part as set forth in that order.  Within 10 days, petitioner must be provided an individualized bond hearing before an immigration judge at which respondents must prove by clear and convincing evidence that petitioner is a flight risk or public danger who cannot be released on alternatives to detention pending removal proceedings.

DATED: June 3, 2026

_____

HON. STEVE KIM
United States Magistrate Judge